FILED

06/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0360

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0360

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

    v.                               O R D E R

JOSHUA MCKNIGHT,

      Defendant and Appellant.

_____

Abigail Coburn, counsel for Appellant Joshua McKnight, has filed a Motion to Withdraw as Appellant's counsel and appoint the Appellate Defender Division (ADD) to represent Appellant in his appeal because Appellant lacks the financial means to maintain private representation on appeal.

IT IS HEREBY ORDERED that the Motion to Withdraw is GRANTED.

The Appellate Defender Division shall have until July 8, 2024, to file either a notice of appearance or a motion to rescind this Order appointing counsel. In the event the Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order transcripts.

The Clerk is directed to provide a copy of this Order to counsel of record, to Appellant Joshua McKnight, and to the Appellate Defender Division.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 10 2024